# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES ASHFORD**
**ADC #133975**                                                **PLAINTIFF**

v.                           **No. 4:21-cv-555-DPM**

**JADA BYERS, Warden, Tucker**
**Max Unit, ADC; ASHLEY KING,**
**Correctional Officer/Grievance Coordinator,**
**Tucker Max, ADC; DEJAH MURRAY,**
**Correctional Officer/Grievance Coordinator,**
**Tucker Max, ADC; and HARRIS, Assistant**
**Warden, Tucker Max Unit, ADC**                    **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 7*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motions for leave to proceed *in forma pauperis*, *Doc. 3 & 5*, denied. Ashford is a three-striker; and nothing in his complaint shows that he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice. If Ashford wants to pursue this case, then he must pay the $402 filing and administrative fees and file a motion to reopen the case by 19 November 2021. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_20 October 2021_