IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHARLES ASHFORD
ADC #133975                                                          PLAINTIFF

v.                          No. 4:21-cv-555-DPM

JADA BYERS, Warden, Tucker
Max Unit, ADC; ASHLEY KING,
Correctional Officer/Grievance Coordinator,
Tucker Max, ADC; DEJAH MURRAY,
Correctional Officer/Grievance Coordinator,
Tucker Max, ADC; and HARRIS, Assistant
Warden, Tucker Max Unit, ADC                                         DEFENDANTS

## JUDGMENT

Ashford's complaint is dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

20 October 2021